UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TREVOR E. YOUNGBLOOD, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 08-0459 (RCL) |
| ALBERTO GONZALES *et al.*, | ) |
| Respondents. | ) |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that this case is DISMISSED for want of jurisdiction. This is a final appealable Order.

_____s/_____
Royce C. Lamberth
United States District Judge

Date: April 16, 2008